IN THE UNITD STATES DISTRUCT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT LLC, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-02643-MLB-LTW |

**THE OHIO CASUALTY INSURANCE COMPANY'S UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Ohio Casualty Insurance Company ("Ohio Casualty") hereby requests a thirty (30) day extension of time to respond to the Amended Complaint, as follows:

1. Plaintiff initiated this case on June 30, 2021 with the filing of the original Complaint, which did not name Ohio Casualty as a Defendant.

2. Plaintiff filed its Amended Complaint on September 3, 2021 which named Ohio Casualty.

3. Ohio Casualty agreed to a waiver of service such that its response to the Amended Complaint is due November 8, 2021.

4. Plaintiff has recently made a settlement offer which Ohio Casualty is evaluating for possible resolution.

5. To facilitate settlement discussions Plaintiff has stipulated and agreed to allow Ohio Casualty an extension of thirty (30) days in which to move, answer, or otherwise plead in response to the Amended Complaint.

6. Ohio Casualty has not sought or obtained any prior extension to the time to respond to the Amended Complaint.

7. Attached to this Unopposed Motion is a proposed order.

WHEREFORE, Ohio Casualty requests the Court enter the attached proposed order allowing a thirty (30) day extension of time for Ohio Casualty to respond to the Amended Complaint.

This 19th day of October, 2021.

/s/ David A. Harris
Ga. Bar No. 668708
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338
Telephone:  (770) 391-9100
Email:  dah@boviskyle.com